John P. Lynch SB#45543
Law Offices of John P. Lynch
214 Grant Ave., Ste. 301
San Francisco, CA 94108
TEL: (415) 623-2410
FAX: (415) 623-3602

Attorney for Plaintiff
Cybelle Leong

UNITED STATES  DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Cybelle Leong | ) | NO. C 05-0281 PJH |
| Plaintiff, | ) | ORDER   PURSUANT   TO STIPULATION  FOR  DISMISSAL WITH PREJUDICE |
| vs. | ) | |
| Wells  Fargo  &  Company  Long  Term Disability Plan,  and Metropolitan Life Insurance Company, | ) | |
| Defendants | ) | |

It is hereby stipulated this matter may be dismissed with prejudice.

Dated: _October 6, 2005_          Law Offices of John P. Lynch

By _____
        John P. Lynch
      Attorney for Plaintiff

Dated: _October 6, 2005_          Barger & Wolen LLP

By _____
     Jordan Altura
   Attorneys for Defendants

//

//

Order-Dismissal                              1

1          The parties having stipulated to the foregoing,

2    IT IS HEREBY ORDERED  this matter  is dismissed with prejudice.

3

4

5    Dated:    10/11/05

                                   PHYLLIS  J. HAMILTON

6                                 United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order-Dismissal                       2